## Lofton JOHNSON v. STATE.
### No. 18645.

Court of Criminal Appeals of Texas.
Nov. 18, 1936.

Dwight Johnson, Warren W. Moore, and John D. Cofer, all of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for driving an automobile upon a public highway while under the influence of intoxicating liquor; punishment, two years in the penitentiary.

We find accompanying this record an affidavit in due form made by the appellant asking that the appeal herein be dismissed. The request is granted. The appeal is dismissed.